IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRUCE JAKIERRA FUNDERBURK,  )
                            )
          Plaintiff,        )
                            )
     v.                     )     1:12CV1266
                            )
BRIAN LEWIS HELMS,          )
                            )
          Defendant.        )

## ORDER

On September 26, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 23 and 24.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 17) is **DENIED.**

This the 13th day of January, 2014.

_____
United States District Judge